

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2020

No. 04-20-00390-CV

**IN RE** Onesimo M. **MEDINA**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-05475
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Irene Rios, Justice
Liza A Rodriguez, Justice

Real party in interest's second motion for an extension of time to file her response is GRANTED. The response is due on or before **September 22, 2020**.

It is so **ORDERED** on September 1, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court